IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 14 2016

MATTHEW J. DYKMAN
CLERK

Page: 1

KEVIN FOLSE
    PLAINTIFF,

V.

LANCE ROWNDY, FEDERAL BUREAU OF INVESTIGATIONS,
KAYLIN FANCHER, FEDERAL BUREAU OF INVESTIGATIONS,
TOBY BENEVIDAS, ALBUQUERQUE POLICE DEPT.,
RONALD CLIPP, ALBUQUERQUE POLICE DEPT.,
DELORES SANCHEZ, ALBUQUERQUE POLICE DEPT.,
CHAD MILLER, WARDEN, TORRANCE COUNTY,
NOEL BENCOMO, FEDERAL CONTRACTED CORRECTION OFFICER.
MARCUS MALONE, UNITED STATES MARSHAL

DECLARATION IN SUPPORT
OF MOTION TO
PROCEED IN
FORMA
PAUPERIS

CIVIL ACTION #1:16-CV-00586 JH/CG

I, KEVIN FOLSE, AM THE PETITIONER/PLAINTIFF IN THE ABOVE ENTITLED CASE. IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES OR COSTS OR GIVE SECURITY THEREFORE, I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE COST OF SAID PROCEEDING OR TO GIVE SECURITY THEREFORE, AND THAT I BELIEVE I AM ENTITLED TO REDRESS.

I DECLARE THAT THE RESPONSES I HAVE MADE BELOW ARE TRUE.

1) IF YOU ARE PRESENTLY EMPLOYEED, STATE THE AMOUNT OF YOUR SALARY WAGE PER MONTH, AND GIVE THE NAME AND ADDRESS OF YOUR EMPLOYER,
   I AM NOT PRESENTLY EMPLOYEED.

2) IF YOU ARE NOT PRESENTLY EMPLOYED STATE THE DATE OF LAST EMPLOYMENT AND AMOUNT OF SALARY PER MONTH THAT YOU RECEIVED AND HOW LONG THE EMPLOYMENT LASTED

MY LAST PLACE OF EMPLOYMENT WAS A.S.A.P. AUTO GLASS YEAR 2015/ QUARTER 1 GROSS WAGES $551.25 DID NOT WORK A FULL MONTH.

3) HAVE YOU RECEIVED, WITHIN THE PAST TWELVE MONTHS, ANY MONEY FROM ANY OF THE FOLLOWING SOURCES:

    A.) BUSINESS, PROFESSION OR FORM OF SELF-EMPLOYMENT?
        YES ___ NO ✓

    B.) RENT PAYMENTS, INTEREST OR DIVIDENDS?
        YES ___ NO ✓

    C.) PENSIONS, ANNUITIES, OR LIFE INSURANCE PAYMENTS?
        YES ___ NO ✓

    D.) GIFTS OR INHERITANCES?
        YES ___ NO ✓

    E.) ANY FORM OF PUBLIC ASSISTANCE?
        YES ___ NO ✓

    F.) ANY OTHER SOURCES?
        YES ___ NO ✓

4.) IF THE ANSWER TO ANY OF QUESTIONS (A) THROUGH (F) IS YES, DESCRIBE EACH SOURCE OF MONEY IN A CHECKING OR SAVINGS ACCOUNT? NONE.

5) DO YOU OWN ANY REAL ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES OR OTHER VALUABLE PROPERTY (INCLUDING ORDINARY HOUSEHOLD FURNISHINGS AND CLOTHING)? NONE

6) LIST THE PERSONS WHO ARE DEPENDANT ON YOU FOR SUPPORT, STATE YOUR RELATIONSHIP TO THOSE PERSON(S), AND INDICATE HOW MUCH YOU CONTRIBUTE TOWARD THEIR SUPPORT AT THE PRESENT TIME. NONE.

7.) IF YOU LIVE IN A RENTED APARTMENT OR OTHER RENTED BUILDING, STATE HOW MUCH YOU PAY EACH MONTH FOR RENT. DO NOT INCLUDE RENT CONTRIBUTED BY OTHER PEOPLE. I DO NOT LIVE IN AN APARTMENT.

8) STATE ANY SPECIAL FINANCIAL CIRCUMSTANCES WHICH THE COURT SHOULD CONSIDER IN THIS APPLICATION.
I ONLY RECEIEVE ENOUGH MONEY MONTHLY TO AFFORD HYGIENE PRODUCTS, AND TO PAY FOR POSTAGE TO THE COURTS AND TO MAKE COPIES. MY FAMILY WOULD LIKE TO MAKE MONTHLY PAYMENTS TO THE COURT FOR THE FILING FEE.

I UNDERSTAND THAT A FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS DECLARATION WILL SUBJECT ME TO THE PENALTIES OF PERJURY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS _____ DAY OF _____, 2016

_____
SIGNATURE

4/8/85
D.O.B

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
SOCIAL SECURITY NUMBER