FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 1 4 2016
MATTHEW J. DYKMAN
CLERK
trana862

Date 02/05/2016     New Mexico Corrections Department     Page 1 of 1
Inmate Trust Accounting
**Account Transaction History**
From 01/01/2016 To 02/05/2016

| Offender Name | NMCD # Account Description | | Account Number |
|---|---|---|---|
| FOLSE, KEVIN JOSEPH | 4183 INMATE REGULAR SPENDING | | 30507 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 01/01/2016 | Beginning Balance | | .10 |
| 2373211 | 02/03/2016 | Cash Receipt - CAMPBELL, DEBORAH | 30.00 | 30.10 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-22-16 | -.70 | 29.40 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-14-16 | -.48 | 28.92 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-26-16 | -.48 | 28.44 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-11-16 | -.48 | 27.96 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-06-16 | -2.74 | 25.22 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-06-16 | -.48 | 24.74 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-05-16 | -.48 | 24.26 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-28-16 | -.48 | 23.78 |
| 2374633 | 02/04/2016 | PNM - POSTAGE 01-28-16 | -.48 | 23.30 |
| | 02/05/2016 | Ending Balance | | 23.30 |

*THIS IS All they pRovided me with.*

Name: KEVIN FOLSE
No.: 4183  Unit: 3-B-V-103
Date: _____

Can you please send me an inmate history transaction print out? From last six months. Thank you, Kevin Folse #4183

Statement Enclosed 2/5/16 Inmate Acct